AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC and
FELKNOR VENTURES, LLC

**APPEARANCE**

v.

Case Number: 10-cv-4282 (PGG)

TELEMARKETERS, INC. d/b/a TEE VEE BRANDS
(USA); et. al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT, TELEMARKETERS, INC. d/b/a TEE VEE BRANDS (USA)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/22/2010 | _[signature]_ |
| Date | Signature |
| | Richard S. Schurin — RS0199 |
| | Print Name — Bar Number |

GOTTLIEB, RACKMAN & REISMAN P.C  270 Madison Aver
Address

| New York | N.Y. | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 684-3900 | (212) 684-3999 |
|---|---|
| Phone Number | Fax Number |